```
 1  McCARTHY, JOHNSON & MILLER
        LAW CORPORATION
 2  LORI A. NORD, ESQ., #87993
    595 Market Street, Suite 2200
 3  San Francisco, CA  94105
    Telephone:  (415) 882-2992           *E-FILED 5/26/05*
 4  Facsimile:  (415) 882-2999
    E-mail:     lnord@mjmlaw.us
 5
    Attorneys for Plaintiffs
 6

 7

 8                   UNITED STATES DISTRICT COURT

 9                  NORTHERN DISTRICT OF CALIFORNIA

10

11  BOARD OF TRUSTEES OF THE U.A. LOCAL  ) No. C 05-00940 RS
    NO. 467 HEALTH AND WELFARE TRUST     )
12  FUND; BOARD OF TRUSTEES OF THE U.A.  ) NOTICE AND ORDER RE
    LOCAL NO. 467 PENSION TRUST FUND;    ) DISMISSAL
13  BOARD OF TRUSTEES OF THE PIPE TRADES )
    APPRENTICE AND JOURNEYMAN TRAINING   )
14  TRUST FUND FOR SAN MATEO COUNTY;     )
    BOARD OF TRUSTEES OF THE U.A. LOCAL  )
15  NO. 467 VACATION TRUST FUND,         )
                                         )
16                 Plaintiffs,           )
                                         )
17       v.                              )
                                         )
18  JEROME B. BOHLAND, individually and  )
    doing business as AIRTEKS MECHANICAL )
19  SERVICES COMPANY,                    )
                                         )
20                 Defendant.            )
                                         )
21  _____)

22       PLAINTIFFS HEREBY request that the above-entitled action be

23  dismissed pursuant to Rule 41(a)(1)(i) of the Federal Rules of

24  Civil Procedure.

25  Dated:  May 24, 2005           McCARTHY, JOHNSON & MILLER
                                        LAW CORPORATION
26

27
                                   By: _/s/ Lori Nord_____
28                                      LORI A. NORD
                                        Attorneys for Plaintiffs
```

NOTICE AND ORDER RE DISMISSAL - Case No. C 05-00940 RS                  Page 1

1  SO ORDERED:

2

3  Dated:  5/25/05                         /s/ Richard Seeborg
                                           _____
4                                                    JUDGE
                                           United States District Court

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE AND ORDER RE DISMISSAL - Case No. C 05-00940 RS                    Page 2

DECLARATION OF SERVICE BY MAIL

I am a citizen of the United States and a resident of the State of California. I am over the age of eighteen years and not a party to the within matter. My business address is 595 Market Street, Suite 2200, San Francisco, California 94105.

I am familiar with the practice of McCarthy, Johnson & Miller Law Corporation for collection and processing of correspondence for mailing with the United States Postal Service. It is the practice that correspondence is deposited with the United States Postal Service the same day it is submitted for mailing.

I served the following document(s) by placing a true copy of each such document for collection and mailing, in the course of ordinary business practice, with other correspondence of McCarthy, Johnson & Miller Law Corporation, located at 595 Market Street, Suite 2200, San Francisco, California 94105, on May 25, 2005, enclosed in a sealed envelope with postage fully prepaid, addressed in the manner set forth immediately below this declaration.

Document(s) served:

**NOTICE AND ORDER RE DISMISSAL**

I declare under penalty of perjury that the foregoing is true and correct.

Dated at San Francisco, California, on May 25, 2005.

By _____
           DIANE NAKAMURA

Mr. Jerome Bohland
Airteks Mechanical Services
233 Junction, #B
Livermore, CA 94557